UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENN M. LINCOLN, | ) |
| | ) CASE NO. C13-0968-RSM-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 19.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall: (1) obtain vocational expert testimony to determine whether plaintiff's residual functional capacity meets the physical and mental demands of his past work at step four; (2) if plaintiff cannot perform his past work, the ALJ shall determine whether plaintiff possesses transferable skills and can make a vocational

REPORT AND RECOMMENDATION
PAGE -1

adjustment to other work existing in the national economy; (3) if plaintiff has no transferrable skills, the ALJ should determine whether the borderline age regulations apply in accordance with 20 C.F.R. §§ 404.1563(b) and 416.963(b). Upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this <u>14th</u> day of November, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2